**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION
10

11  RLI Insurance Company,                NO. C 04-01598 JW

12         Plaintiff(s),
                                          **ORDER CONTINUING HEARING
13         v.                             REGARDING ACCEPTANCE
                                          INSURANCE COMPANY'S MOTION FOR
14  Acceptance Insurance Company,         SUMMARY JUDGMENT**

15         Defendant(s).
                                    /
16
        This Court specially set a hearing regarding Acceptance Insurance Company's Motion for
17
Summary Judgment for July 12, 2005. (See Docket Items Nos. 24, 25, 27, 30, 33, 34.) Unfortunately,
18
this Court is no longer available on that date. Accordingly, this Court continues that hearing to
19
Monday, September 19, 2005 at 9:00 a.m. The briefing schedule shall remain completed.
20
Dated: July 5, 2005                       /s/James Ware
21                                        JAMES WARE
   04cv1598cont-msj                       United States District Judge
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Jack Garthe dgarthe@BJG.com
Julia Ann Molander julia.molander@sdma.com

**Dated: July 5, 2005**                                            **Richard W. Wieking, Clerk**

                                                          **By:/s/JWchambers**
                                                                **Ronald L. Davis**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California