IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RLI Insurance Company, | NO. C 04-01598 JW |
| Plaintiff(s), <br> v. | **ORDER CONTINUING PRELIMINARY PRETRIAL/TRIAL SETTING CONFERENCE** |
| Acceptance Insurance Company et al., | |
| Defendant(s). | |

In light of the motion for summary judgment scheduled for hearing on September 19, 2005, the preliminary pretrial/trial setting conference currently set for August 29, 2005 is continued to October 17, 2005 at 10:00 a.m. No later than October 7, 2005, the parties shall file a joint pretrial conference statement.

Dated: August 22, 2005

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Jack Garthe dgarthe@BJG.com
Julia Ann Molander julia.molander@sdma.com

| | |
|---|---|
| **Dated: August 22, 2005** | **Richard W. Wieking, Clerk** |
| | **By:    /s/JW Chambers** |
| | **Ronald L. Davis** |
| | **Courtroom Deputy** |